UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BIJAN ALMASSIAN, Ph.D. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV648(MRK) |
| v. | : | |
| | : | |
| CAROLYN R. KAHN | : | OCTOBER 30, 2003 |
| | : | |
| Defendant. | : | |

**<u>ORDER ON MOTION TO DISMISS</u>**

Defendant's Motion to Dismiss [doc. #9] is DENIED without prejudice to renewal and without consideration of its merits in the expectation that Defendant will renew her arguments at the time of the filing of dispositive motions.

IT IS SO ORDERED,

/s/    Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: October 30, 2003