10/02/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday October 30, 2003

4:15 p.m.

CASE NO.   3-03-cv-648 Almassian v Kahn
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Giovanna T. Weller | Carmody & Torrance, 50 Leavenworth St., Po Box 1110, Waterbury, CT 203-573-1200 |
| John R. Williams | Williams & Pattis, 51 Elm St. Ste. 409, New Haven, CT 203-562-9931 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 10/30/03

10 min.