FILED

FEB 5  9:15 AM '04

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BIJAN ALMASSIAN, Ph.D.

    Plaintiffs

VS.                                     CIVIL ACTION NO.
                                           3:03 CV 648 MRK

CAROLYN R. KAHN,

    Defendant                            FEBRUARY 5, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for **the defendant CAROLYN R. KAHN.**


__2\4\04_____                        _____
Date                                                       Signature

                                                   Kristan M. Maccini
                                                   Coyne, von Kuhn, Brady & Fries, LLC
                                                   999 Oronoque Lane
                                                   Stratford, CT 06614
                                                   Telephone - (203) 378-7100
                                                   Fax – (203) 378-7711
                                                   #ct25121

### **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid, this 5th day of February, 2004, to:

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

Carmody & Torrance
P. O. Box 1110
Waterbury, CT 06702

                                                                            /s/ Kristan M. Maccini
                                                                            Kristan M. Maccini
                                                                            Coyne, von Kuhn, Brady & Fries, LLC
                                                                            999 Oronoque Lane
                                                                            Stratford, CT 06614
                                                                            Telephone - (203) 378-7100
                                                                            Fax – (203) 378-7711
                                                                            #ct25121