UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday February 5, 2004
9:30 a.m.

CASE NO. **3:03cv648 MRK**    **Almassian v Kahn**

Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries
999 Oronoque Lane
Stratford, CT 06614

STATUS CONFERENCE HELD
DATE: 2/5/04

15 min.

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK