FILED

Apr 26  2 19 PM '04

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
BIJAN ALMASSIAN, Ph.D.

    Plaintiffs

VS.                                   CIVIL ACTION NO.
                                     3:03 CV 648 MRK

CAROLYN R. KAHN,

    Defendant                          APRIL 23, 2004
*******************************

### *MOTION FOR EXTENSION OF TIME OF THE SCHEDULING ORDER*

    The defendant hereby requests an extension of time of the scheduling order as it relates to the filing of dispositive motions. The defendant requests an extension of time of thirty (30) days for the filing of dispositive motions. The defendant requests that new date for filing dispositive motions be changed to June 1, 2004. In support of same, the defendant offers the following:

    1) This is the first such request for extension of time relative to the deadline for filing dispositive motions.

    2) The undersigned has contacted Attorney John Williams, counsel for the plaintiff, and Attorney Williams has no objection to this extension of time.

    3) There is good cause for the extension of time due to the fact that the plaintiff was only recently deposed on April 20, 2004. The reason for the late deposition is that during March when

the deposition was previously scheduled, the plaintiff's wife was experiencing medical difficulties and was facing a surgery. Accordingly, the plaintiff requested that the deposition be rescheduled to mid-April in order to allow him to be with his wife and assist her with recuperation following that surgery. The undersigned complied with that request and therefore the deposition could not be taken until April 20, 2004.

4) The plaintiff, as is his right, requested the opportunity to read and sign the transcript of the deposition. Accordingly, there will be a 30-day delay in obtaining the final transcript which will be necessary for support and attachment to a dispositive motion.

Therefore, the defendant requests that the court grant this extension of time changing the deadline for filing dispositive motions, including all motions to preclude expert testimony, to June 1, 2004. In addition, that would cause the deadline for filing a joint trial memorandum to be moved to July 1, 2004.

THE DEFENDANT

By: _____
Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614
Telephone - (203) 378-7100
Fax – (203) 378-7711
#ct11937

### *CERTIFICATION*

This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid, this 23rd day of April, 2004, to:

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

                                            Kevin S. Coyne
                                            Coyne, von Kuhn, Brady & Fries, LLC
                                            999 Oronoque Lane
                                            Stratford, CT 06614
                                            Telephone - (203) 378-7100
                                            Fax – (203) 378-7711
                                            #ct11937