UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BIJAN ALMASSIAN, Ph.D. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV648 (MRK) |
| v. | : | |
| | : | |
| CAROLYN R. KAHN | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion For Extension Of Time Of The Scheduling Order [doc. #25], dated April 23, 2004, is hereby GRANTED. Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **June 1, 2004**. If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **July 1, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motions.

IT IS SO ORDERED.

/s/      Joan G. Margolis
UNITED STATES MAGISTRATE JUDGE

Dated at New Haven, Connecticut: May 5, 2004.