UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BIJAN ALMASSIAN, Ph.D.

    Plaintiffs

VS.    CIVIL ACTION NO.
       3:03 CV 648 MRK

CAROLYN R. KAHN, Ph.D.

    Defendant    JUNE 1, 2004
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## *MOTION FOR SUMMARY JUDGMENT*

    The undersigned defendant, Carolyn Kahn, Ph.D., hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as to all counts directed against the defendant. In support of this motion, the defendant respectfully states that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law on all four counts. In further support of this motion, the defendant attaches a memorandum of law and a Local Rule 56(A)1 Statement.

THE DEFENDANT

By:_____
    Kevin S. Coyne
    Coyne, von Kuhn, Brady & Fries, LLC
    999 Oronoque Lane
    Stratford, CT 06614
    Telephone - (203) 378-7100
    Fax – (203) 378-7711
    #ct11937

### *CERTIFICATION*

      This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid, this 1st day of June, 2004, to:

John R. Williams, Esquire
51 Elm Street
New Haven, CT 06510

 

_____
Kevin S. Coyne
Coyne, von Kuhn, Brady & Fries, LLC
999 Oronoque Lane
Stratford, CT 06614
Telephone - (203) 378-7100
Fax – (203) 378-7711
#ct11937