UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



------------------------------------x
BIJAN ALMASSIAN, Ph.D.,              :
            Plaintiff                :
      VS                             : CIVIL ACTION NO.
CAROLYN R. KAHN,                     : 3:03 CV 648 MRK
            Defendant                :
------------------------------------x


   Deposition of BIJAN ALMASSIAN, Ph.D., taken pursuant to the Rules of Practice held at the Law Offices of Coyne, von Kuhn, Brady & Fries, 999 Oronoque Lane, Stratford, CT, before Debra A. Chasse, LSR, License No. 00055, a Notary Public in and for the State of Connecticut, on Tuesday, April 20, 2004, at 11:45 a.m.


BEECHER & HORVATH REPORTING ASSOCIATES
73 Millbrook Road
North Haven, CT 06473
(203) 230-0010

──────── BEECHER & HORVATH ────────

```
1     Q    Before 225 Oak Avenue where did you live?
2     A    Lived in another place in -- a rental place for
3  about one and a half years in Cheshire.
4     Q    So for one and a half years before 1997 you had a
5  rental also in Cheshire; is that correct?
6     A    That's correct.
7     Q    Before that rental in Cheshire where did you
8  live?
9     A    California; Pleasanton, California.
10    Q    Where, generally, is that in such a big state?
11    A    Actually, it's in East Bay, San Francisco next to
12 Oakland.
13    Q    How long did you live in Pleasanton?
14    A    I lived there for about 4 years.
15    Q    Prior to Pleasanton where did you live?
16    A    Belmont, California.
17    Q    How long there?
18    A    About 3 years.
19    Q    Could you describe for me your educational
20 background?
21    A    A bachelor's degree in chemistry from the
22 University of Araka, A-r-a-k-a, in Iran.  I have a
23 master's degree in medicinal chemistry from Northeastern
24 University in Boston.  I have a Ph.D. in medicinal
```

```
 1  chemistry from Massachusetts College of Pharmacy, I have
 2  also 3 years postdoctoral training at Boston University
 3  Medical Center.
 4      Q   Is that also in medicinal chemistry?
 5      A   It's in cancer and cardiovascular research.
 6      Q   Are you engaging in the postdoctoral studies
 7  right now?
 8      A   No, I'm not, but I oversee research and
 9  development.
10      Q   When did you obtain the bachelor's?
11      A   1975.
12      Q   And your master's?
13      A   '81.
14      Q   And then your Ph.D.?
15      A   '85.
16      Q   I saw from the complaint that you're a United
17  States citizen; correct?
18      A   That's correct.
19      Q   Were you born in the United States or did you
20  come here?
21      A   I came here in 1978.
22      Q   And you were -- were you born in Iran?
23      A   That's correct.
24      Q   What caused you to come over to the United
```

```
 1    A    Associate of research, chemist.
 2    Q    What was your research focused on?
 3    A    Biochemistry manufacturing.
 4    Q    What did Integrated Genetics do at that time, in
 5  general?
 6    A    Integrated was like developing drugs for
 7  cardiovascular diseases.
 8    Q    After Integrated Genetics what was your next job?
 9    A    I worked for Genelabs in California.
10    Q    And that was approximately in 1990; '89, '90?
11    A    It was 1988 to 1995 for about 7 years.
12    Q    And what was your position at Genelabs?
13    A    I started as a senior scientist, then became a
14  manager and then the director.
15    Q    What did Genelabs do?
16    A    Genelabs also developed drugs for cancer for
17  immunological disorders.
18    Q    When you became a director, how many -- let me
19  withdraw that.
20         When you became a director, were there any other
21  directors at Genelabs?
22    A    I would say about eight, nine directors.
23    Q    Would I be correct in assuming that a director
24  would be involved in development of a drug for a
```

BEECHER & HORVATH

1  specific area?

2  A   Actually, I was responsible for the entire drug
3  development.

4  Q   Were there other directors in charge of other
5  drugs or no?

6  A   We had a director of clinical, the pharmaceutical
7  part my team was responsible, then it goes to the
8  clinical to be tested with another person in charge of
9  that.

10 Q   How many employees at the time that you were a
11 director were there at Genelabs?

12 A   More than 150 people.

13 Q   And how many on your team while you were a
14 director?

15 A   About -- we started with about eight, nine, then
16 I left about five people.  The company went through
17 downsizing.

18 Q   And for how long were you a director?

19 A   From 1994.

20 Q   One year?

21 A   One and a half years.  From January 1994 to
22 September of 1995 when I left Genelabs, more than one
23 and a half years.

24 Q   And then where was your next position?

1    A    Then I came to New Haven where I worked for a
2  company called Vion Pharmaceuticals as the director of
3  development.  That was September of 1995.
4    Q    And what did Vion Pharmaceuticals do when you
5  joined?
6    A    Focused on the development of drugs for cancer
7  and virology, drugs for viruses.
8    Q    When you joined Vion, how many employees were at
9  that company?
10   A    About four people.
11   Q    And when did you leave Vion?
12   A    In the end of May of 2002.  I worked there about
13  7 years.
14   Q    And the time you left Vion, you began working
15  with AlexiPharma?
16   A    That's correct.
17   Q    When you left Vion, how many employees were
18  there?
19   A    I started a team from myself and I built a team
20  of over 22 people, a majority of Ph.D.s and M.D.s.
21   Q    Who took over for you at Vion?
22   A    Actually, they have not replaced me.
23   Q    Who took over doing the jobs that you were doing?
24   A    They divided it to a number of people.

```
 1   compensation package was $193,000 about.
 2       Q   When you -- what was your compensation at the
 3   time you were officer?
 4       A   It just went up.  It started from 110.  I don't
 5   remember exactly, but I ended up when I left my base
 6   salary was 192,600 plus about 20 percent annual bonus.
 7       Q   Was the bonus only when you became vice president
 8   of the corporate development?
 9       A   No, it was always there from the time when I was
10   the director.
11       Q   How long were you director?
12       A   From 1995 to early 1997, and then from 1997 I
13   became the vice president of drug development until
14   2001, and 2001 to the time that I left I was the VP of
15   development, and also I was responsible for corporate
16   development.
17       Q   What's corporate development?
18       A   Corporate development is really your license --
19   drugs have licenses.  It's more of a business than
20   really technical.
21       Q   Is Vion Pharmaceuticals a publicly traded
22   company?
23       A   That is correct.
24       Q   It was always a public company when you worked
```

1   A   In regard to the company or investors?

2   Q   To the investors.

3   A   No.

4   Q   Your bonus incentive or package at Vion, was that
5   set up where it was an automatic or was it
6   discretionary?

7   A   It was performance based.

8   Q   Who made those decisions?

9   A   My immediate boss and the CEO.

10  Q   Performance based, performance of the company or
11  performance of the individual?

12  A   Before becoming an officer, performance of the
13  individual.  When I was an officer, it was mixed.

14  Q   Then we're entering May of 2002 when you joined
15  AlexiPharma?

16  A   That's right.

17  Q   How did you first hear about the entity
18  AlexiPharma?

19  A   I have known the founders for about 20 years.  At
20  some point I wanted to become his graduate student, so
21  I've always followed his science.  I've always known
22  him.

23  Q   That's Dr. Makriyannis?

24  A   Yes.

———— BEECHER & HORVATH ————

1   Q   Now, you told me that you were aware of
2   AlexiPharma because you knew the scientific founder and
3   the business founder for a period of time; correct?
4   A   That's correct.
5   Q   Did the people at AlexiPharma approach you or
6   entice you to come to them, or did you approach them?
7   Describe how you got to that process to interview.
8   A   I have known Dr. Makriyannis for a number of
9   years, and I have known through my mutual friend that he
10  is planning to sell the company based on his discovery
11  and was interested in that. I had a meeting, and I
12  believe it was sometime July of 2001, with Dr.
13  Makriyannis and my friend Dr. Ben Jami Ali. I gave an
14  overview of what needs to be done to set up a small
15  biotechnology company, the board members, the
16  management, the presentations, and all the things
17  required to go and raise money, and I have an e-mail
18  that I -- that we had -- we exchanged e-mails in that
19  regard and also Harry Penner, I was introduced to him
20  through Thomas Klein and Tom always encouraged me that
21  you need to talk to somebody like Harry because you'll
22  have an entrepreneurial experience and negotiation. So
23  he is the one who could be a good mentor to you, and he
24  set up a meeting with the three of us. So we met, I

1   A   We met with Harry Penner a number of times, just
2   that's his approach.  He has been a successful CEO of
3   another biotechnical company.  He doesn't hire people
4   based on one interview.  We had lunch together a number
5   of times, we had coffee in New Haven.  He asked about
6   development pathways, fundraising pathways, he checked
7   my references.  I also provided a list of references to
8   Harry Penner and also to Connecticut Innovations.  I
9   have a copy of that.  I will be happy to provide it if
10  you are interested.  And then they were also talking
11  about getting some seed fund from Connecticut
12  Innovations even before I joined them.
13  Q   On obtaining the seed funding from Connecticut
14  Innovations before you joined, do you know what steps
15  they had taken?
16  A   I know they had been in discussions for a long
17  time between Dr. Makriyannis and Connecticut
18  Innovations, and Connecticut Innovations had provided
19  some funds for other projects in Dr. Makriyannis's
20  laboratories.  So the impression was that Harry Penner
21  and Dr. Makriyannis, they were going to receive money
22  from Connecticut Innovations.  With the management and
23  technology it was a done deal.  So that was my
24  assumption of joining the company was this is slam dunk,

```
 1   they will get this.  This is government funding.
 2          If you look at the management team, they all come
 3   from major pharmaceutical companies.  The boards are all
 4   CEOs, three of them CEOs of biotechnology companies.
 5   Some of the board members had already put in their own
 6   seed money.  They were committed to build this.  As I
 7   was told, they had a good relationship with Connecticut
 8   Innovations and that funding is coming.
 9      Q    Who told you that?
10      A    Well, it's Harry Penner.
11      Q    Anyone else?
12      A    He was more positive and he felt that we should
13   be getting this money.
14      Q    Now, you had mentioned something that getting the
15   money from Connecticut Innovations was a done deal.
16   That was your understanding before you joined
17   AlexiPharma?
18      A    That is correct.
19      Q    And you -- your understanding, that understanding
20   came from whom?
21      A    It came from my discussions with Harry Penner,
22   his connection with the government.  He has in terms of
23   developing biotechnologies in the state of Connecticut,
24   he was executive CEO of a successful biotech company
```

BEECHER & HORVATH

1  Q   And when did you discuss the lawsuit with Mr.
2  Penner?
3  A   I believe just after the -- I received the e-mail
4  of the -- a copy of the e-mail that Dr. Kahn sent to
5  Harry Penner, actually to another person, Richard
6  Carter.  Harry had a meeting the following day and he
7  told me that he has received an e-mail from Carrie Kahn,
8  and he has had a meeting with Carrie Kahn and "Carrie
9  wants to fund the company and under one condition and
10 that's a budget without you," and that's exactly what he
11 said.  "She wants a budget without you."  He said, "She
12 wants you out, I'm sorry, by January."
13 Q   So you had a meeting with Mr. Penner?
14 A   On December 3rd.
15 Q   About an e-mail that Carolyn Kahn sent to Richard
16 Carter?
17 A   And CC Mr. Penner.
18 Q   And in that meeting, December 3rd, Mr. Penner had
19 told you that he had a meeting with Carolyn Kahn, as
20 well; correct?
21 A   He said they have had a number of meetings, and
22 he has been told by Carrie Kahn that we will give you a
23 budget, prepare a budget, but give it to me without
24 Bijan is it.  That's what he told me.  I told him, "Why,

```
 1   what is the reason?"  I had heard from him before, "for
 2   some reason Carrie Kahn doesn't like you."  Hopefully, I
 3   will prove that you can't make everybody like you, and
 4   hopefully I will prove that I'm a capable individual and
 5   was not waste their funds.
 6       Q   Did he explain why?  Because you made an inquiry
 7   why.
 8       A   He said, "She really doesn't like you."  And he
 9   said a number of times over 6, 7 months, "I don't know
10   what's wrong, but I think this is a Muslim/Jewish
11   thing."  He said it a number of times.  He said, "I'm
12   very disappointed about this."
13       Q   Mr. Penner believed that the issue that Carrie
14   Kahn apparently doesn't like you is due to a
15   Muslim/Jewish thing?
16       A   That's what he said.
17       Q   Are you quoting Mr. Penner?
18       A   I'm exactly quoting him.
19       Q   When did he tell you that?
20       A   A number of times.
21       Q   Did you ever approach Miss Kahn about that?
22       A   Unfortunately not.
23       Q   Why not?
24       A   I just -- that's the way I am.  I try to go --
```

```
 1  no, never.
 2      Q   I'm just curious why in the professional context,
 3  since apparently you were having, from your own
 4  testimony, good meetings with Miss Kahn, why you
 5  wouldn't approach her as a professional and discuss
 6  that?
 7      A   Because I saw the trend that especially during
 8  the October and November we were meeting with investors
 9  and I saw her, she was cold with me, she became cold and
10  saw from one of the e-mails that she wanted specifically
11  to exclude me from a meeting with the investors.  I have
12  a copy of that.  I provided you with a copy of that.
13  She wants to talk about patent chemistry.  The funny
14  thing is I have a Ph.D. in chemistry, so I had to be
15  there as an expert in the area.
16          No. 2, I was the president of the company.  Harry
17  Penner told me she wants you not to go to the meeting.
18  I said, "How can I go to the meeting without my
19  president?"  He e-mailed me and invited me to go to the
20  meeting.
21      Q   Harry Penner?
22      A   Harry Penner.
23      Q   Please don't take this the wrong way.  I just
24  want to find out why someone with your educational
```

 1  a week or two, you get a response, we're not interested,
 2  thank you very much, we can't provide you funding, and
 3  sometimes they don't tell you why or sometimes they'll
 4  say your science is not mature, and seldom they say if
 5  your CEO is not good.
 6          First they fund the company, and then they make
 7  sure the money is being spent wisely.  The meeting a
 8  couple of weeks before in e-mail of December 2nd, that
 9  was a time that Carrie Kahn has asked Harry Penner to
10  provide a budget, and Harry asked me to provide a budget
11  and I did and I sent it to Carrie Kahn and her
12  associate, David Chudzik, and then on the travel that we
13  were going to Boston to meet with VCs.
14          Carrie Kahn called Richard Carter, Richard and I
15  were car pooling, asking about the budget that I had
16  sent her.  She was trying to eliminate me.  I could not
17  understand, other than being prejudice against me.  My
18  qualifications, my degree, my training in industry as an
19  officer of the company, as a senior management that has
20  represented a company in 12 countries around the world,
21  has negotiated preclinical business from Switzerland and
22  England.  How can I not be qualified to become a
23  president of a company with no funds and no management,
24  and I have given the list of outstanding references, who

1   before?

2   A   Really, I didn't.

3   Q   You just thought she didn't like you?

4   A   I felt that there is a hatred based on what I
5   see.  What is the reason for not including in a meeting
6   that I need to meet with my future investors?  I'm the
7   president of the company, co-founder of the company,
8   based on the stock that I have in the company, and she
9   is communicating with a candidate.  Richard Carter was a
10  candidate, not an officer of the company, not an
11  employee of the company.  We were interviewing him for a
12  job.

13  Q   Were you considered a co-founder or were you an
14  employee?

15  A   I was the president of the company and I had
16  about -- I had equity in the company.

17  Q   Does that make you a co-founder?

18  A   Probably not.  Maybe that's not the right
19  terminology, but about 5.6 percent of the company was
20  given to me in stocks.

21  Q   The 300 shares would be 5.6 percent?

22  A   That's correct.

23  Q   Were you to retain that stock when you left?

24  A   No.

```
 1  I'm sorry that she wants you out and saw the meeting
 2  that she set up with the investors, and she excluded me
 3  and told Harry that she doesn't want me to be in that
 4  meeting, and Harry told me that, "I have told Carrie I
 5  can't go to the meeting without Bijan, so I want you to
 6  come to that meeting," and then I saw a trend.  She did
 7  not talk to me.
 8       She was talking to Richard Carter more often and
 9  Richard Carter had no employment with the company, so
10  she was discriminating against me, undermining my
11  position as the president of the company, what one would
12  feel if anybody that was in that position that I'm the
13  president of the company, but the Connecticut
14  Innovations officers are talking to a candidate instead
15  of the president of the company.
16  Q    What was Mr. Carter a candidate for?
17  A    Vice president of biology.
18       (Whereupon, an E-Mail dated 12/6/02 was
19  marked as Defendant's Exhibit Number 3 for
20  Identification by the court reporter.)
21       (Whereupon, an E-Mail dated 1/23/03 was
22  marked as Defendant's Exhibit Number 4 for
23  Identification by the court reporter.)
24  Q    I'm showing you what I've marked as Defendant's
```

```
 1    Q    What institution?
 2    A    UMass, Boston.
 3    Q    You said he, is he graduating this year?
 4    A    Next year.
 5    Q    Is he going onto graduate school, as well?
 6    A    He's planning but a different field.  He decided
 7  not to be a scientist.  He's a political scientist guy.
 8    Q    Is he going to go to law?
 9    A    I think so, yeah.  He wants to get a law degree.
10    Q    And your youngest, is that a boy or a girl?
11    A    It's a boy.
12    Q    Where does he attend school?
13    A    He goes to Doolittle in Cheshire, 8th grade.
14    Q    Is that a public school?
15    A    It's a public school.
16    Q    Where are his plans for high school?
17    A    Cheshire High.
18    Q    So Panacea Pharmaceuticals had offered you the
19  position which you now have?
20    A    That's correct.
21    Q    And they made that offer in 2002?
22    A    They made the offer in May of 2002.
23    Q    You chose AlexiPharma and then in December,
24  January you contacted Panacea again?
```

BEECHER & HORVATH

1  A   At the end of December I called them and during
2  the Christmas and New Year they told me to come back for
3  the interview, the position we haven't filled, and they
4  offered me a job.
5  Q   And your compensation at Panacea?
6  A   It's base salary 200,000.
7  Q   Are they paying you that base salary?
8  A   Yes.
9  Q   Is there a bonus package?
10 A   It's supposed to be, but they haven't paid me.
11 It's up to a 20 percent bonus.
12 Q   Is there also a stock plan?
13 A   Yes, 200,000 in stock options.
14 Q   200,000 shares?
15 A   Shares or stock option.
16 Q   Is Panacea a public company?
17 A   No, private.
18 Q   How many employees at Panacea?
19 A   17.
20 Q   And your business card says chief operating
21 officer?
22 A   That's right.
23 Q   What is it that you do on a day-to-day basis?
24 A   I oversee the operations, that would be R & D,

```
 1  research and development, human resources, business
 2  development, facilities, investors relations.
 3       Q    And how is that position different than the
 4  AlexiPharma position?
 5       A    Actually, I would have been doing the same job.
 6       Q    As chief operating officer of AlexiPharma?
 7       A    That is a little bit changed recently, based on a
 8  discovery that I have made in an area of stroke.  The
 9  company's planning to have a spinoff, based on that
10  technology, and put me in charge of that as president
11  and chief operating officer and the patent is in my
12  name.
13       Q    For a new --
14       A    A new class of drugs for the stroke and a number
15  of other CNS related disorders.  Actually, I have a copy
16  of the patent application.  I would be happy to give
17  that to you.
18       Q    When is that going to happen, the spinoff?
19       A    It's happening, actually.  It's been incorporated
20  and the board of directors has agreed to bring the
21  company back to Connecticut, the spinoff, so then I will
22  be -- be with the presidency and ultimately the COO of
23  the company.
24       Q    What's the name of that company?
```

BEECHER & HORVATH