1    Alex is a full professor, distinguished professor
2 of UConn, one of the few top professors at UConn with
3 the funding of 3 million dollars every year from the
4 government. She wants me to direct him instead of --
5 actually, in one of the meetings she asked me, "They are
6 really looking for someone who can put Alex in his
7 place." That's what she said. I said, "Why should I
8 when I can convince him by fact?" I have a lot of
9 respect for Alex. He's my mentor. But when it comes to
10 business, I will stand firm to what I believe and what
11 my advisors and my management team will see it as
12 necessary. I knew she had, I think, some animosity
13 toward Alex at the beginning, but I didn't know that
14 that would also spread and I become also a victim.
15   Q   Don't you think she really means that if the
16 scientific founder may not have that business sense to
17 go forward, and she needs someone with business sense to
18 focus the scientific aspect?
19   A   I agree. That happens all the time.
20   Q   That's what she's saying there?
21   A   She wanted more argument. The styles of
22 management leadership is different. I'm not arguing.
23 I'll convince him by facts, by information. Not by
24 confrontation. That's the difficulty I have to

1  understand her. Why do I have to confront him?

2  Q  I guess you don't agree with Carrie Kahn's
3  philosophy is of management a little more of a direct
4  approach than the convincing that you're talking about.
5  You don't agree with that?

6  A  I don't agree with her because she didn't have
7  the senior management experience to advise people like
8  myself. She has never worked as a senior management in
9  any company in all her career, so.

10  Q  She's making the decision on what gets funding or
11  investments and making the decision for people to have a
12  return on their money; correct?

13  A  Yes.

14  Q  Her thought or opinion as to the proper
15  management is different than yours; am I correct?

16  A  That's correct.

17  Q  Now, you mention that you thought that there was
18  some animosity between Carolyn Kahn and Dr. Makriyannis?

19  A  That's correct.

20  Q  Do you know what the source, where that animosity
21  stems from?

22  A  I think she felt that the Connecticut Innovations
23  or officers associated with Connecticut Innovations have
24  given funds to Alex Makriyannis in the past, and she

1  by two founders who felt that I'm the right individual.
2       And I felt I worked with the person as a mentor,
3  Harry Penner, so it would be a combination of an
4  operational guy with the science credential with the
5  ability to move into CEO position. That's why I gave up
6  the COO position, which they already had the money. I
7  focused on the job. I didn't want to give up. I
8  believed heavily in the science we had and also Harry
9  Penner's ability to raise money, coming and being
10 bruised and basically discriminated. She completely
11 ignored my more than 16 years of relevant experience.
12 As I told you, I was representing my company in so many
13 different European companies as a business manager, as a
14 technical director, vice president, partnerships, I had
15 a unique experience. That's why I was selected by the
16 board members and the founders of the company.
17      Here I am confronting for a quarter of a million
18 to half a million dollars, sabotaging my credentials,
19 telling my boss that I'm useless. It was devastating.
20 It was emotionally draining and devastating.
21    Q  I understand that. Someone who is vying for COO
22 positions, it seems to me that they would stand up, cry
23 foul, and talk to someone who is superior to that person
24 who is complaining about you.

1   A   I said probably I should have done that but
2  that's not my style.  I felt that we will be raising
3  money and, in fact, several times Harry Penner said,
4  "Don't worry, we don't get money from Connecticut
5  Innovations.  Don't bother to worry about it."  He told
6  me the first time, "For some reason she doesn't like
7  you.  It has something to do with Jewish and Muslim."  I
8  said, "This is serious.  I have never been discriminated
9  against."  He said, "Don't worry, Bijan.  We'll get the
10 company funded through other channels."  It was the
11 worst year for investors in 2002.  They always say come
12 back when you have more data.
13  Q   You were forced to resign.  You just told me Mr.
14 Penner said, "Don't worry about it."  Why did you
15 resign?
16  A   I was forced based on the relentless attack from
17 Carrie Kahn because at that point she was coordinating
18 with other CVs.  I wouldn't be surprised if she had said
19 other bad things.  In a meeting we had with one of the
20 VCs, she didn't want to me to be a part of the
21 discussions with the VCs.  That's undermining my ability
22 as CEO of the company.  We can't get funding and she
23 does not allow me to stay because the only channel of
24 funding was Connecticut Innovations at that time.

1  internal affairs.  That doesn't violate the internal
2  affairs of a company?
3      A    She's undermining my position.  She's talking to
4  a candidate.
5      Q    So you believe that Carrie Kahn only gave funding
6  of half a million because you were there?
7      A    The only reason she dragged her feet was because
8  I was there, and she did not fund the company until I
9  left.  That's what I say.
10     Q    Why didn't she give more, then, if she funded it
11 after you left?
12     A    The top limit for Connecticut Innovations was
13 half a million.  That was the maximum investment but the
14 reason she didn't put that because we were at some point
15 ready to take a quarter million because we just needed
16 to survive.
17     Q    How long does the process for Connecticut
18 Innovations take?
19     A    Normally for other venture capitalists it takes
20 less than a month or 2 months.  If they are not happy
21 for any reason, the management, the patents, the market
22 potential, then they say we are not interested.  Thank
23 you very much.
24     Q    They make a negative decision within one to 2

1  should have been there.  This satisfied Connecticut
2  Innovations.  The timing varies.  It could be 2 to 3
3  months.  The series A, B, and Cs may take up to a year
4  but seed is short.
5     Q   So you think that Carolyn Kahn was dragging her
6  feet on this funding for AlexiPharma?
7     A   A number of things, including this one.
8     Q   How long did it take for this funding to come to
9  fruition with Connecticut Innovations?
10    A   It didn't come until I left.  It never came.
11    Q   When did you apply?  How long did that process
12  take?
13    A   I think we applied either the -- end of May.  I
14  have the e-mails, what I sent.
15    Q   You started in June and you put the application
16  together; right?
17    A   I believe I had a meeting, I'm not 100 percent
18  sure, before joining because Harry told Carrie Kahn that
19  we hired someone who can come and become the president
20  of the company, and she and I had a breakfast somewhere
21  in Connecticut in New Haven, and then we had a meeting
22  with the board on June 6th of 2002 to present the
23  company and the management, our timelines, our budget.
24        From June until the time that I left, which was

BEECHER & HORVATH

```
1    Q    Do you pay that rent or does the company pay it?
2    A    The company pays for that.
3    Q    So what costs are you expending yourself
4    regarding the living arrangements in Maryland?
5    A    Everything else.  Other than rent, everything
6    else.
7    Q    What about utilities?
8    A    The food, utilities, phone, electric, heat, the
9    commute between here and Connecticut.
10   Q    Is it also a company car?
11   A    No, my own car.
12   Q    Does the company reimburse you for that travel at
13   all?
14   A    No.
15   Q    What's your understanding of Carolyn Kahn's role
16   in Connecticut Innovations at that time?
17   A    At that time?
18   Q    Yes.
19   A    She was responsible for funding all the
20   bioscience.
21   Q    Does she make the ultimate decision?
22   A    She makes the ultimate decision because the
23   scientific advisory board recommended positively about
24   our science.
```

1  includes that as another statement by Miss Kahn against
2  your qualifications; correct?
3     A   That's correct.
4     Q   And it's your claim that those statements,
5  statements to Mr. Penner and the statements in the
6  e-mail, were motivated by a hatred and bias against you
7  because of your religion?
8     A   That's correct.
9     Q   What do you base that upon?
10    A   I don't see any other reason.
11    Q   And you believe that Miss Kahn only made those
12 statements because you're of a Muslim religion?
13    A   Absolutely.
14    Q   You base that belief on because you can't think
15 of another reason why she made those statements?
16    A   Absolutely.  I have all the qualifications that
17 she has been asking for.
18    Q   That's your opinion.
19    A   Well, it's also an opinion of the board members
20 of the company.
21    Q   You've got to answer my question.  And you
22 believe other people have that opinion of you, as well?
23    A   Absolutely.
24    Q   And you would not be surprised that there are

1  people that don't have that opinion of you?
2     A   I would not be surprised.
3     Q   So you would agree with me that there's people
4  that have the opinion that you have the utmost
5  qualifications for a position of CEO in a biotech
6  company; is that correct, people have that opinion of
7  you?
8     A   I think people have -- yes, I think people have
9  the opinion that I have the capability to become CEO of
10 the company.
11    Q   You would not be surprised if there are people
12 that don't have that opinion of you?  Would you be
13 surprised if there are people that don't have that
14 opinion of you?
15    A   No, I will not be surprised.
16    Q   And Miss Kahn has expressed an opinion of you
17 which is negative; correct?
18    A   It's just more than negative.
19    Q   It's saying that you don't have the
20 qualifications?
21    A   It's misrepresenting.
22    Q   It's her opinion; right?
23    A   That's her opinion, that's correct, but she is
24 misrepresenting my qualifications.

BEECHER & HORVATH

STATE OF CONNECTICUT    :

                        S.S. Wallingford

COUNTY OF NEW HAVEN    :

    I, Debra A. Chasse, a Notary Public for the State of Connecticut, do hereby certify that the deposition of, BIJAN ALMASSIAN, a witness, was taken before me pursuant to Section 242, et seq., of the Connecticut Practice Book, at The Law Offices of Coyne, von Kuhn, Brady & Fries, 999 Oronoque Lane, Stratford, CT, commencing at 11:45 a.m., on Tuesday, April 20, 2004.

    I further certify that the witness was first sworn by me to tell the truth, the whole truth, and nothing but the truth, and was examined by counsel, and his testimony stenographically reported by me and subsequently transcribed as herebefore appears.

    I further certify that I am not related to the parties hereto or their counsel, and that I am not in any way interested in the event of said cause.

    Dated at New Haven, Connecticut, this 10th day of May, 2004.

                                   Notary Public

My Commission Expires:    June 30, 2006
License No. 00055

BEECHER & HORVATH