## WITNESS CERTIFICATION

DC

BIJAN ALMASSIAN, Ph.D. VS CAROLYN R. KAHN

DEPOSITION OF BIJAN ALMASSIAN, Ph.D.

APRIL 20, 2004

I, the undersigned deponent, have read the answers to the questions asked of me and I hereby certify that the answers are correct and true. Any corrections made are listed on the Errata Sheet, which is hereby attached.

_____
Subscribed and sworn to before me at
Cheshire CT this 9th day of
June 2004.

_____
Notary Public

**JILL A. SHARILLO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2008

E R R A T A   S H E E T

DEPOSITION OF: Bijan Almassian, Ph.D.

IN RE: Bijan Almassian, Ph.D. vs Carolyn R. Kahn

TAKEN ON: April 20, 2004

RETURN BY: June 11, 2004

Please do not mark up the transcript! Any corrections should be listed below. The Errata Sheet and Witness Certification page must be returned to Kevin S. Coyne, Esq., Coyne, von Kuhn, Brady & Fries, 999 Oronoque Lane, Stratford, CT 06614.

| Page No. | Line No. | Correction |
|---|---|---|

Please see attached eleven (11) pages.

*/s/ Bijan Almassian*

BA
6-9-04

Deposition of Bijan Almassian April 20, 2004

| Page No. | Line No. | Correction |
|---|---|---|
| 8 | 24 | 29 years |
| 9 | 13 | Pharmacy Technician |
| 10 | 22 | University of Arak, Arak, Iran |
| 12 | 21 | Hopkinton, MA |
| 13 | 1 | Senior Research Chemist |
| 13 | 3 | Protein chemistry and manufacturing |
| 13 | 16 | Genelabs Inc. also developed drugs for cancer and immunological disorders |
| 14 | 2 | Actually, I was responsible for the entire pharmaceutical development department |
| 14 | 6 | My team was responsible for pharmaceutical development of the company. There were other directors responsible for other departments including clinical development department |
| 14 | 15 | then we went through down sizing and I had five people when I left |
| 15 | 12 | At the end of May 2002 |
| 15 | 19 | About 40 employees. I built a team of more than 22 scientists, majority holding Ph.D.s and MS degrees over a period of 3 to 4 years |
| 16. | 2 to 7 | Because I found it a better career opportunity with broad areas of responsibilities than what I had a Genelabs Inc in California . At Genelabs I was responsible for pharmaceutical development division. At Vion I would become |

1

|    |          |                                                                                                                                                                              |
|----|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |          | responsible for entire drug development division including clinical development and regulatory affairs responsibilities                                                      |
| 16 | 14       | John Spears the first CEO and then Alan Kessman, who replace him                                                                                                             |
| 16 | 20 to 24 | It started with base salary of $110,000 in September of 1995 and increased to approximately $192,500 when I left On May 31, 2002                                             |
| 17 | 1        | Delete                                                                                                                                                                       |
| 17 | 4        | The base salary was approximately $192,500 plus approximately 20% annual bonus                                                                                               |
| 17 | 18       | Corporate development division is responsible for corporation in-licensing and out-licensing of drugs. It was the business side of my responsibility in addition to my technical scientific responsibilities |
| 18 | 10       | I was a member of executive committee of our company                                                                                                                         |
| 19 | 19       | I have known the scientific founder for approximately 20 years                                                                                                               |
| 19 | 21 and 22| I have always followed his science and have kept in touch with him through a mutual friend                                                                                   |
| 20 | 4, 5, 6  | Harry Penner, who was the co-founder of the company was introduced to me by a mutual friend, Thomas Klein whom I had work with at Vion pharmaceuticals for approximately 5 years |

| | | |
|---|---|---|
| 20 | | where he was the CFO |
| | 22, 23, 24 | We have a mutual friend. My friend worked for Dr. Makriyannis as a postdoctoral fellow for about 3 years. I learned of Dr. Makriyannis' scientific progress through my friend and I was always interested in the scientific field he was working on. |
| 21 | 1 | Delete |
| 21 | 4 | Dr. Ali Banijamali |
| 21 | 6 | Yes, he is semi-retired and lives in Texas |
| 21 | 7 | And Dr. Banijamali? |
| 21 | 17 | It is incorporated in Delaware |
| 22 | 2 | Pharma in Terrytown, New York |
| 24 | 9, 10, 11 | Years, and I have heard through our mutal friend, Dr. Banijamali that Dr. Makriyannis is planning to set up a company based on his scientific discoveries. At that point I became interested to learn more about the opportunity and asked my friend Dr. Banijamali to set up a meeting with Dr. Makriyannis. We then had a meeting, and I |
| 24 | 12, 13 | believe it was sometimes during July 2001 when I met with Dr. Makriyannis with my friend Dr. Banijamali |
| 24 | 17, 18 | required to go out to the investment community and raise money, and I have emails referring to this meeting. We exchanged emails in that |
| 24 | 21, 22 | you need to talk to |

|     |            |                                                                                                                                                                                                          |
|-----|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |            | somebody like Harry Penner because you have entrepreneurial and negotiation skills. So                                                                                                                   |
| 27  | 5          | of times, we had coffees in New Haven. He asked about drug                                                                                                                                               |
| 27  | 6          | development pathways, fund raising methods and he asked for my references                                                                                                                                |
| 27  | 16, 17, 18 | I know that Dr. Makriyannis and Harry Penner had been in discussions with Connecticut Innovations for a long time to receive fund for AlexiPharma and Connecticut Innovations had provided               |
| 27  | 20         | laboratories. So the impression that I had was to believe that Harry Penner                                                                                                                              |
| 27  | 21         | and Dr. Makriyannis were going to receive the fund                                                                                                                                                       |
| 27  | 23         | sound technology it must be a done deal.                                                                                                                                                                 |
| 27  | 24         | assumption of joining the company was that the fund coming from Connecticut Innovations was going to be a slam dunk                                                                                      |
| 28  | 22, 23     | who has strong connection with the government and helping to grow biotechnology companies in the state of Connecticut                                                                                    |
| 28  | 24         | he was the former CEO of a successful biotechnology company in Connecticut                                                                                                                               |
| 29  | 1 to 8     | He also was the co-founder of several biotechnology companies and had helped to raise capital and some of these companies were started with seed fund from Connecticut Innovations.                      |

| | | |
|---|---|---|
| | | Harry's experience with biotech companies and his experience raising fund for them gave me the assurance that we would be funded by Connecticut Innovations and other investors. |
| 34 | 3, 4, 5 | I believe it was several days after I received a copy of an email from Harry Penner, which he had received from Caroline Kahn addressing Richard Carter and him |
| 34 | 6 to 12 | Harry and I had a meeting on December 3 and he told me that he recently received an email from Carrie Kahn and he has had several discussions regarding the email with her and he told me that Carrie "wants to fund the company under one condition and that is a budget without you," and that is exactly what he said. "She wants a budget without you." He said, "She wants you out, I am sorry." |
| 34 | 23, 24 | the fund, prepare the budget, but give it to me without Bijan in it. I told him, "Why, what is the reason?" |
| 35 | 3 | will prove that she is wrong, and |
| 35 | 5 | was not going to waste their funds |
| 35 | 24 | I just try to focus on my job and move on. That is the way I am |
| 36 | 1, 2, 3 | I was a strong believer that my deeds will overwhelm her and that's the approach I took, but I think it was not |

Case 3:03-cv-00648-MRK    Document 30-4    Filed 06/18/2004    Page 8 of 13

Ba
6-9-04

| | | |
|---|---|---|
| 37 | 18 | helpful in this case |
| | | He said, "how can I go to the meeting without my company's |
| 37 | 19 | President?" He emailed me a copy of an email that he had received from Carrie Kahn and invited me to go to the meeting. |
| 39 | 3, 4, 5 | must have been sometime in August or September of 2002 but I can go back and check. I probably have the exact date when we met with the investor |
| 39 | 22 | I think it was before the email of December 2 |
| 39 | 23, 24 | That was the time we were meeting with a number of investors and usually |
| 40 | 1,2,3,4,5 | investors would give you feedback within several weeks to whether they would be interested to continue with their due diligence process to fund the company or decline the funding for many reasons including insufficient data or inexperienced |
| 40 | 20 to 24 | represented my company in more than 12 countries around the world, has negotiated scientific collaborations and business deals in Many countries in Europe including Switzerland and England. How in the world I had no qualification to become the president of start-up company with no fund and management in place. |
| 41 | 9 | Nobody would put this in writing |
| 42 | 5 | What is the reason for not |

|  |  |  |
|---|---|---|
| 42 | 21 | including me in an important meeting |
| 43 | 4 | The 300,000 shares would be 5.6 percent? |
| 43 | 24 | royalty |
| 44 | 1 | My salary voluntarily. Because I thought the money will be coming in soon, so I deferred my salary. |
| 44 | 17 | then they go out for the first serious fund raising, which is |
| 44 | 18, 19 | The first 3 to 10 million dollars raised from institutional investor is called Series A. |
| 44 | 19 | That is institutional investor |
| 48 | 1 | I told Harry Penner after I received the December 2 email |
| 48 | 2 | I said, "I think I've got to start looking for a job |
| 48 | 4 | Salary and being abused and insulted |
| 52 | 22, 23, 24 | pain killer compounds. There was some issues that needs to be discussed with one of our potential investors. |
| 53 | 1 | delete |
| 53 | 5, 6 | was being prepared, and I believe that night or the day after I sent them a copy of my email communication |
| 56 | 13 | He goes to Dodd middle school in Cheshire, 8th grade student |
| 57 | 3 | an interview, the position was still available, and they |
| 57 | 4 | offered me the job |
| 58 | 22 | be the president and COO of the newly formed company |
| 59 | 9 | the testimony to my ability in drug development and |

|    |    |    |
|----|----|----|
|    |    | leadership quality |
| 59 | 11 | that you will become CEO in PAIOS pharmaceuticals? |
| 59 | 15 | Dr. Ghanbari |
| 59 | 16 | Dr. Ghanbari is the CEO of Panacea? |
| 59 | 17 | yes |
| 63 | 8  | fund they provided was on different project and has |
| 64 | 11 | don't know the detail, I am not quite aware of the situation, but I know of |
| 64 | 12 | a few instances |
| 68 | 13 | As I said earlier, I normally ignore these things and focus on my job to get the job done. I'm |
| 68 | 14 to 20 | sure that you have a copy of my resume in your file. I began my job at Vion as the director of development with a base annual salary of $110,000 in September 1995 and was promoted several times over six years and left the company in May 2002 as VP Development with a base salary of approximately $200,000. Vion founder was from Yale university and the CSO was Dr. Terry Doyle formerly an executive of Bristol Myers Squibb recruited me from California to help him to build a drug development division and help to develop drugs discovered at Yale University. |
| 68 | 21 | I had worked with Dr. Doyle on other projects before joining him at Vion |
| 69 | 2  | And I felt I would be |

| | | |
|---|---|---|
| | | working with Harry Penner who would be my mentor |
| 69 | 3, 4, 5 | So, I looked at it as a great opportunity for me having had the drug development and operational experience to work with a business leader to learn new business skills that I needed to acquire to grow into CEO position. That's why I gave up |
| 69 | 6 | the COO position offered to me at the same time by another biotechnology company with stronger financial situation |
| 69 | 7 | focused on the job and did not want to be distracted from doing my job. |
| 69 | 10 | Was being discriminated against by Carrie Kahn. She completely |
| 69 | 14 | technical director, vice president of development leading or being involved with collaboration and |
| 69 | 15 | partnership with other major pharmaceutical companies and contract research organizations. I had |
| 69 | 17 | Here I am giving up so many great opportunities and my career being sabotaged by Carrie Kahn just for a quarter of a million |
| 69 | 18 | to one half a million dollar investment from Connecticut Innovations |
| 70 | 10, 11 | A very difficult year for fund raising and investors would not fund the companies easily. |
| 70 | 16 to 24 | I was basically forced out |

|    |             |                                                                                                                                                                                                                                                                                                                                                              |
|----|-------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |             | by Carrie Kahn who relentlessly claimed that I lacked relevant experience to be the president of AlexiPharma and she had asked my boss, Harry Penner to fire me and submit a budget without me. At that juncture I felt that AlexiPharma cannot be funded by Connecticut Innovations as long as I am associated with the company, so I decided to leave AlexiPharma and find a new job. |
| 71 | 10 to 15    | Stress of losing a stable and good paying job for a start up position and then unfairly being forced out of my life time dream job. Stress of being forced to take a job outside of state of Connecticut while my wife was suffering from several medical problems. Having a teenage son growing |
| 72 | 3 and 4     | She basically sabotaged my career in the company which I dearly liked to work for |
| 72 | 5           | Once I left the company, the company was folded after couple of months. I was responsible for keeping the company |
| 72 | 6, 7, 8, 9, 10 | together. I was the only full time employee of the company who had left a secure job with good pay and 401 k retirement plan and plenty of stock options for a new opportunity and was sacrificing by deferring large portion of my salary. Suddenly finding myself |

| | | |
|---|---|---|
| | | out of job, in debt and forced to find a job outside of state of Connecticut leaving my family behind. There were not too many jobs |
| 72 | 17, 18, 19 | I honestly feel that she purposely did not fund the company to force me out. I would have been extremely helpful to raise money for the company and help to grow the company and create job if I had not been forced out by Carrie Kahn. |
| 72 | 20 to 24 | Delete |
| 73 | 1 to 3 | Delete |
| 81 | 17 | marked, but I saw a reference to Mr. Piowanka? |

11