UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BIJAN ALMASSIAN, Ph.D. : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:03CV648(MRK) |
| v. : | |
| : | |
| CAROLYN R. KAHN : | |
| : | |
| Defendant. : | |

## RULING AND ORDER

For the reasons stated on the record on October 12, 2004, the Court GRANTS IN PART Defendant's Motion for Summary Judgment [doc. # 27]. Judgment shall enter for Defendant on Count One of Plaintiff's Complaint [doc. # 1] alleging a violation of the Equal Protection Clause of the Fourteenth Amendment. *See, e.g.*, *Lipton v. Nature Co.*, 71 F.3d 464, 469 (2d Cir. 1995) (even where intent is at issue, "a plaintiff must provide more than conclusory allegations of discrimination to defeat a motion for summary judgment") (internal quotation omitted); *Alphonse v. Department of Administrative Serv.*, 2004 WL 904076, at *4 (D. Conn. 2004). As to Counts Two, Three and Four, alleging state law claims, the Court declines to exercise supplemental jurisdiction for the reasons stated on the record. Accordingly, the Motion for Summary Judgment is DENIED as to Counts Two, Three and Four of the Complaint. However, in view of the fact that there are no federal claims remaining and the Court declines to exercise supplemental jurisdiction over the state law claims, the Court REMANDS this case to state court.

Accordingly, the Clerk will enter Judgment for Defendant on Count One of the Complaint and will remand the remaining claims in this case to state court.  **The Clerk will then close this file.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut:  October 12, 2004