UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BIJAN ALMASSIAN, Ph.D. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:03CV648(MRK) |
| v. | : | |
| | : | |
| CAROLYN R. KAHN | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

This matter came on for consideration on defendant's Motion for Summary Judgement before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on October 12, 2004, entered a Ruling on the defendant's Motion for Summary Judgement granting the relief as to count one and denying the relief as to counts two, three and four; and declining to exercise supplemental jurisdiction over state law claims, remanding the case to state court.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant as to count one of the complaint only and the case is remanded to state court.

Dated at New Haven, Connecticut, this 13th of October, 2004.

KEVIN F. ROWE, CLERK
By
   /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____